916

No. 04–6024.  GREENUP v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–6025.  MOSS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6028.  THOMAS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–6031.  LOCUST v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–6034.  JARVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–6040.  PRIETO v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–6048.  PAYNE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–6053.  BARNER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–6056.  LILES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–6058.  SOWERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–6075.  BOLDEN v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–6090.  AREVALO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–1410.  BANK UNITED ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1431.  HOSPITALITY MANAGEMENT ASSOCIATES, INC., ET AL. v. SHELL OIL CO., DBA SHELL CHEMICAL CO., ET AL.  Sup. Ct. S. C.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.